IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEWERTA HURTS,

        Plaintiff,                    No. CIV-S-04-0932 GEB GGH

    vs.

JO ANNE BARNHART,                ORDER
Commissioner of Social Security,

        Defendant.
_____/

        On June 21, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

1         The court has reviewed the applicable legal standards
2 and, good cause appearing, concludes that it is appropriate to
3 adopt the Proposed Findings and Recommendations in full.
4         Accordingly, IT IS ORDERED that:
5         1.  The Proposed Findings and Recommendations filed
6 June 21, 2005 are ADOPTED;
7         2.  Plaintiff's Motion for Summary Judgment or Remand
8 is denied, the Commissioner's Cross-Motion for Summary Judgment
9 is granted, and Judgment is entered for the Commissioner.
10 Dated:  August 15, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge